1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LYNETTE JACKSON,                              CASE NO. 05CV1398 WQH (JMA)

12                              Plaintiff,         ORDER DENYING MOTION TO
                                                   PROCEED IN FORMA PAUPERIS
13        vs.

     MARIO ZERMENO,

14
                              Defendant.

15

16   HAYES, Judge:

17        Pending before the Court is Plaintiff Lynette Jackson's motion to proceed in forma pauperis

18   on appeal.  (Doc. # 98).  Plaintiff filed the motion on June 22, 2007.

19                              **DISCUSSION & ORDER**

20        All parties appealing a civil action, suit, or proceeding, must pay a filing fee to the district

21   court. *See* 28 U.S.C. § 1917(a); FED. R. APP. P. 3.  An action may proceed despite a party's failure

22   to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

23   *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999); *Smith v. Johnson*, 109 F.2d 152, 154 (9th

24   Cir. 1940).  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that

25   it is not taken in good faith."  28 U.S.C. § 1915(a)(3).

26        "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116

27   (9th Cir. 1965).  "It is the duty of the District Court to examine any application for leave to proceed

28   in forma pauperis to determine whether the proposed proceeding has merit and if it appears that the

                                    - 1 -                        05CV1398 WQH (JMA)

1  proceeding is without merit, the court is bound to deny a motion seeking leave to proceed in forma

2  pauperis. *Id*; *see also Jefferson v. United States*, 277 F.2d 723, 724-725 (9th Cir. 1960).

3        In her accompanying affidavit, Plaintiff states that she is not employed, and has not been

4  employed since November of 2002.  Plaintiff currently receives $2,610.00 per/month in military

5  service disability benefits, and she owns outright a 2000 Ford Focus automobile.  Plaintiff also owns

6  a $705.00 savings certificate, has two savings accounts with a total balance of $560.00, and is owed

7  $1,250 by two persons.  Plaintiff's monthly expenses total $2,517.43, and she is paying her attorney

8  $25.00 per/month to represent her on appeal.

9        After considering Plaintiff's motion and the accompanying affidavit, the Court determines that

10  Plaintiff can afford to pay the filing costs associated with this appeal pursuant to 28 U.S.C. § 1915(a).

11  The Court therefore **DENIES** Plaintiff's motion to proceed in forma pauperis.  (Doc. # 98).

12        **IT IS SO ORDERED**.

13  DATED:  August 8, 2007

14                                    _William Q. Hayes_
                                   **WILLIAM Q. HAYES**
15                                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

05CV1398 WQH (JMA)